IN THE UNITED STATES DISTRICT COURT
FOR THE
Eastern District of North Carolina

| | |
|---|---|
| UN4 PRODUCTIONS<br><br>Plaintiff,<br><br>v.<br><br>DOES-1-15<br>  Defendants. | Civil Action No. 5:17-cv-00232 |

Defendant Objects to Time Warner Cable, Charter Communication, or any other named company to release confidential documents containing account holder name, permanent address, current address, telephone number, e-mail address, MAC address or any named information in this order for Doe Defendant to Plaintiff UN4 Productions or Attorneys.

Doe defendant wishes to maintain privacy rights between charter communications-time warner cable. Doe defendant objects and opposes to any information being released from Charter Communications- Time Warner Cable.

Doe defendant opposes to all allegations alleged by plaintiff and opposes to any information or documentation being released about Doe defendant from Time Warner Cable to Plaintiff or Plaintiff's attorneys.

So ordered and declared by Doe defendant

7/12/2017    *Doe Defendant* (signature)